**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE:<br>CLEVELAND LEWIS<br>ROUTE 2 BOX 144<br>SPARTA, GA  31087 | CHAPTER 13<br><br>Case Number: 02-55818-JDW<br><br>ATTORNEY:  SHARON R. JONES |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $108.21 in unclaimed funds on behalf of the above-referenced debtor.  The last known address for the creditor is as follows:

SARA NELL BRYANT
WAREHOUSE FURNITURE
1620 SYRUP MILL CROSSING
GREENSBORO, GA 30642


**DATED:** August 24, 2007

                                                                          /s/ Camille Hope
                                                                          _____
                                                                          **Camille Hope, Trustee**
                                                                          **P.O. Box 954**
                                                                          **Macon, GA 31202**
                                                                          **(478) 742-8706**